IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NATAN TORRES (Birth-name
Todrick Roberts),

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

CASE NO. 1D17-0083

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

     Respondent.

_____/

Opinion filed June 1, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Natan Torres (Birth-name Todrick Roberts), pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Erik Kverne, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of certiorari is denied on the merits.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.